IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MICHAEL J. WATANABE

Criminal Action No. **11-po-1054-MJW**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA REED,

Defendant.

---

## JUDGMENT OF ACQUITTAL

---

This matter was tried on August 25, 2011 commencing at 11:17 a.m., before the Honorable Michael J. Watanabe. The trial to court proceeded to conclusion. The court took the matter under advisement and issued a written ruling September 7, 2011, finding the Defendant Not Guilty and issuing an Order dismissing this case with prejudice. Accordingly, it is

ORDERED that Citation No. P0444302 is dismissed against Defendant, Joshua Reed.

DATED at Denver, Colorado, this 16TH day of September, 2011.

Nunc Pro Tunc September 7, 2011.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge